**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ROBERT TERRELL JOHNSON, | NO. 18-22632 |
| DEBTOR | JUDGE: Baer |

**AMENDED OBJECTION TO CONFIRMATION OF THE PLAN**

NOW COMES the Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1. This case was filed on August 10, 2018. On August 10, 2018 Debtor filed a plan.

2. Movant, a secured party in interest, holds a note (or services a loan) secured by a mortgage on the real property located at 8020 Woodglen Lane, Unit 110, Downers Grove, IL 60516 dated March 31, 2008.

3. The pre-petition arrearages due the Movant total $27,834.31.

4. The post-petition payment due the Movant is $738.69 per month.

5. The Debtor's plan has no provision to make post-petition monthly payments directly to the Movant or to pay Movant for its arrearage claim.

6. The proposed plan impermissibly modifies the rights of Movant to receive all funds due it, thereby violating 11 U.S.C. §1322(b)(2) and 11 U.S.C. §1322 (b)(5).

7. Such violations render the plan unconfirmable as a matter of law.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper prays that confirmation of the plan be denied and for such other relief as the Court deems just.

        Respectfully submitted,

        __/s/ Michael N. Burke_____
        Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**