**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br>    **Robert Johnson**<br><br>    **Debtor(s)** | )**Case No.:** 18-22632<br>)<br>)**Chapter:** Chapter 13<br>)<br>)**Judge:** Honorable Janet S. Baer |

### NOTICE OF MOTION

**To:**
Robert Johnson, 8020 Woodglen Lane #110, Downers Grove, IL 60516

Stearns, Glenn B., Trustee, 801 Warrenville Rd. Suite 650, Lisle, IL 60532

**PLEASE TAKE NOTICE** that on 10/5/18 at 10.00 a.m. I shall appear before the Honorable **Honorable Janet S. Baer in Kane County Courthouse 100 S. 3rd St., #240, Geneva, IL 60134** and then and there present the attached **MOTION FOR ORIGINAL FEES**, a copy of which is attached hereto.

    **By:    /s/ Adam E. Suchy___**
            **Adam E. Suchy,** *Attorney for Debtor(s)*

### CERTIFICATE OF SERVICE

I, **Adam E. Suchy,** hereby certify that a copy of this Notice along with the aforementioned document was served upon the above parties, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on **09/10/2018,** except that the Chapter 13 Trustee was served via electronic notice on such date.

    **By:    /s/ Adam E. Suchy___**
            **Adam E. Suchy,** *Attorney for Debtor(s)*

**Attorneys for the Debtor(s)**
**Prepared by: Adam E. Suchy**
**Geraci Law L.L.C.**
55 E. Monroe Street #3400
Chicago, IL 60603
(Ph): 312.332.1800        (Fax): 877.247.1960

**Our Client(s) Record # 789219**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert Terrell Johnson** | Social Security number or ITIN | **xxx–xx–9375** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | **8/10/18** |
| Case number: | **18–22632** | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Terrell Johnson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8020 Woodglen Lane APT# 110 Downers Grove, IL 60516 | |
| 4. | **Debtor's attorney** Name and address | Adam Suchy Geraci Law L.L.C. 55 E. Monroe St. #3400 Chicago, IL 60603 | Contact phone 312.332.1800 Email: ndil@geracilaw.com |
| 5. | **Bankruptcy trustee** Name and address | Glenn B Stearns 801 Warrenville Road Suite 650 Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 8/13/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>801 Warrenville Rd, Ste 655, Lisle, IL 60532-3614 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/6/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/5/18** at **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-22632-JSB
Robert Terrell Johnson                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cward1         Page 1 of 2        Date Rcvd: Aug 13, 2018
                            Form ID: 309I        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db             +Robert Terrell Johnson,    8020 Woodglen Lane,    APT# 110,    Downers Grove, IL 60516-4571
tr             +Glenn B Stearns,    801 Warrenville Road Suite 650,    Lisle, IL 60532-4350
26982411      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court:    Choice Recovery,    1550 Old Henderson Rd ST,    Columbus,OH 43220)
26982413       Creditors Discount & Audit Co.,    Bankruptcy Department,    PO Box 1007,
               Bloomington,IL 61702-1007
26982394      +DuPage County Clerk,    17-CH-258,    421 N County Farm Rd.,    Wheaton,IL 60187-3978
26982402      +DuPage County Clerk,    18LM1819,    421 N County Farm Rd.,    Wheaton,IL 60187-3992
26982406      +DuPage County Clerk,    Bankruptcy Dept.,    421 N County Farm Rd.,    Wheaton,IL 60187-3978
26982400      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
26982399      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
26982396      +FED LOAN SERV,    Attn: Bankruptcy Dept.,    Po Box 60610,    Harrisburg,PA 17106-0610
26982417      +Illinois Corporation Service C,    Registered Agent for,    Capital One Auto Finance,
               801 Adlai Stevenson Dr,    Springfield,IL 62703-4261
26982401      +Lake in the Woods Association,    C/O Tressler LLP,    2600 E. 107th Street STE 100,
               Bolingbrook,IL 60440-3195
26982393      +Mr. Cooper,    Attn: Bankruptcy Dept.,    8950 Cypress Waters Bvld,    Coppell,TX 75019-4620
26982414      +Nationwide Credit & Collection,    Bankruptcy Department,    815 Commerce Dr., Ste. 100,
               Oak Brook,IL 60523-8839
26982415      +Service Finance Company,    555 S. Federal Hwy STE 20,    Boca Raton,FL 33432-6033
26982395      +Shapiro Kreisman & Associates,    2121 Waukegan Road STE 301,    Bannockburn,IL 60015-1831
26982398       Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022
26982403      +Tressler LLP,    550 E. Boughton Road STE 250,    Bolingbrook,IL 60440-2396
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ndil@geracilaw.com Aug 14 2018 01:15:03      Adam Suchy,    Geraci Law L.L.C.,
                 55 E. Monroe St. #3400,    Chicago, IL  60603
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 14 2018 01:16:27      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
26982407       +E-mail/Text: bk@blittandgaines.com Aug 14 2018 01:15:57      Blitt and Gaines, PC,
                 Bankruptcy Dept.,    661 Glenn Ave.,    Wheeling,IL 60090-6017
26982408        EDI: CAPITALONE.COM Aug 14 2018 04:43:00      Capital One,    Bankruptcy Department,
                 PO Box 85520,    Richmond,VA 23285
26982405       +EDI: CAPITALONE.COM Aug 14 2018 04:43:00      Capital One,    Bankruptcy Department,
                 PO Box 85617,    Richmond,VA 23285-5617
26982416       +EDI: CAPONEAUTO.COM Aug 14 2018 04:48:00      Capital One Auto Finance,    Bankruptcy Department,
                 PO Box 260848,    Plano,TX 75026-0848
26982397       +EDI: RCSFNBMARIN.COM Aug 14 2018 04:43:00      Credit ONE BANK NA,    Attn: Bankruptcy Dept.,
                 Po Box 98875,    Las Vegas,NV 89193-8875
26982404       +EDI: IRS.COM Aug 14 2018 04:43:00      IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,
                 Philadelphia,PA 19101-7346
26982418       +E-mail/Text: BKRMailOPS@weltman.com Aug 14 2018 01:16:02      Jareds Jewelers,
                 Bankruptcy Department,    375 Ghent Rd.,    Akron,OH 44333-4601
26982419        EDI: PRA.COM Aug 14 2018 04:43:00      Portfolio Recovery Assoc.,    Riverside Commerce Center,
                 120 Corporate Blvd., Ste. 100,    Norfolk,VA 23502
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26982410*      +Blitt and Gaines, PC,    Bankruptcy Dept.,    661 Glenn Ave.,    Wheeling,IL 60090-6017
26982412*     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court:    Choice Recovery,    1550 Old Henderson Road ST,    Columbus,OH 43220)
26982409*      +DuPage County Clerk,    Bankruptcy Dept.,    421 N County Farm Rd.,    Wheaton,IL 60187-3978
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: cward1              Page 2 of 2         Date Rcvd: Aug 13, 2018
                               Form ID: 309I             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
```
              Adam   Suchy    on behalf of Debtor 1 Robert Terrell Johnson ndil@geracilaw.com
              Glenn B Stearns    stearns_g@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: Robert Johnson | ) | BK No.: | 18-22632 |
| | ) | | |
| | ) | Chapter: | 13 |
| | ) | Judge: | Honorable Janet S. Baer |
| | ) | | Kane |
| | ) | | |
| Debtor(s) | ) | | |

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
THE COURT-APPROVED RETENTION AGREEMENT**
**(Use for cases filed on or after April 20, 2015)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Our Client(s) Record # 789219                                                                                          Local Bankruptcy Form 23-1

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00    flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 0.00    for filing fee paid by the attorney with the attorney's funds

$ 40.00    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 40.00    Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

[X] None
A total of $ 0.00    .


Date of Application:    September 10, 2018           Attorney Signature    /s/ Adam E. Suchy


Our Client(s) Record # 789219                                    Local Bankruptcy Form 23-1

## **Expenses**

Docket No:        18-22632

Debtor:           Robert Johnson

| **Expense:** | **Date incurred:** | **Total Charge:** |
| --- | --- | --- |
| Copies | 07/12/2018 – 09/09/2018 | $25 |
| Postage | 07/12/2018 – 09/09/2018 | $15 |
|  | **TOTAL CHARGE:** | **$40.00** |