## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br> ROBERT TERRELL JOHNSON <br><br> Debtors. | Case No. 18-22632 <br> Chapter 13 <br> Judge Janet S. Baer <br><br> Confirmation hearing: <br> 10/05/2018 10:00 a.m. |

## LAKE IN THE WOODS UNIT NO. 8020 CONDOMINIUM, INC.'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED OCTOBER 1, 2018

Now comes a certain Creditor, LAKE IN THE WOODS UNIT NO. 8020 CONDOMINIUM, INC., by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed October 1, 2018 states as follows:

1.   Lake in the Woods Unit No. 8020 Condominium, Inc. is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2.   On October 2, 2018, Lake in the Woods Unit No. 8020 Condominium, Inc. filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 8020 Woodglen Lane, Unit 110, Downers Grove, Illinois 60516. (Exhibit "A").

3.   That pursuant to Lake in the Woods Unit No. 8020 Condominium, Inc. governing documents, which have been recorded with the Recorder of Deeds of DuPage County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Lake in the Woods Unit No. 8020 Condominium, Inc.

4. At the time Debtor filed the chapter 13 petition on August 10, 2018, Debtor owed the amount of $11,588.27 for past due assessments, late fees and attorney fees to Lake in the Woods Unit No. 8020 Condominium, Inc. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Lake in the Woods Unit No. 8020 Condominium, Inc. secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Lake in the Woods Unit No. 8020 Condominium, Inc.'s lien rights in Debtor's real estate and the proof of claim filed on October 2, 2018, Lake in the Woods Unit No. 8020 Condominium, Inc., should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $11,588.27.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Lake in the Woods Unit No. 8020 Condominium, Inc., confirmation of Debtor's October 2, 2018 plan should be denied.

WHEREFORE, Lake in the Woods Unit No. 8020 Condominium, Inc. prays this court for entry of the attached order denying confirmation of the Debtor's plan filed October 1, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

LAKE IN THE WOODS UNIT NO.
8020 CONDOMINIUM, INC.

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446