**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  
ROBERT TERRELL JOHNSON

Debtors.

Case No. 18-22632  
Chapter 13  
Judge Janet S. Baer

Confirmation hearing:  
10/05/2018 10:00 a.m.

## NOTICE OF FILING

To:    See attached Service List.

**PLEASE TAKE NOTICE** that on this 2nd day of October 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, LAKE IN THE WOODS UNIT NO. 8020 CONDOMINIUM, INC'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED OCTOBER 1, 2018, a copy of which is attached hereto and served upon you herewith.

_____  
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 2nd day of October, 2018.

_____  
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me  
this 2nd day of October, 2018.

_____  
Notary Public

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

OFFICIAL SEAL  
MICHELLE SCALES  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:08/17/20

## Service List

Robert Terrell Johnson
8020 Woodglen Lane, Unit 110
Downers Grove, IL 60516

Alex Wilson
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)