IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In Re:   ROBERT JOHNSON | ) | 18-22632 |
| | ) | |
| | ) | Judge Janet Baer |
| Debtor(s) | ) | |

*Order Modifying Plan*

IT IS HEREBY ORDERED:

The Debtor's Plan is amended to add the following language to 3.1. Mr. Cooper shall be paid $464.00 per month on its arrearage claim of $27,834.31 and paid according to General Order No. 17-02.

The Debtor's Plan is amended to add the following language to 3.1. Lake in the Woods Association's arrearage claim is amended in the modified plan filed as docket#22 from $11,200.00 to $11,588.27.

ENTERED: NOV - 9 2018

_____
**Judge Janet Baer**
US Bankruptcy Judge