## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT TERRELL JOHNSON | ) | |
| | ) | No.  18-22632 |
| | ) | Chapter 13 (Kane) |
| Debtors | ) | Honorable Janet S. Baer, |
| | ) | Hearing Date:  01/18/2019 at 9:30 a.m. |

### NOTICE OF MOTION

To:    See attached Service List.

YOU ARE HEREBY NOTIFIED that on January 18, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer in room 240 in the Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134, and then and there present for hearing the attached **MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE** at which time and place you may appear as you see fit.

Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 4th day of January, 2019.

Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 4th day of January, 2019.

Notary Public
#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

KATHERINE L SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

## SERVICE LIST

Robert Terrell Johnson
8020 Woodglen Lane, Unit 110
Downers Grove, Illinois 60516

Alex Wilson
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT TERRELL JOHNSON | ) | |
| | ) | No.  18-22632 |
| | ) | Chapter 13 (Kane) |
| Debtors | ) | Honorable Janet S. Baer, |
| | ) | Hearing Date:  02/01/2019 at 9:30 a.m. |

### MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

NOW COMES a certain creditor, LAKE IN THE WOODS UNIT NO. 8020 CONDOMINIUM, INC., by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1.  That the creditor is LAKE IN THE WOODS UNIT NO. 8020 CONDOMINIUM, INC. (hereinafter referred to as "LAKE IN THE WOODS"), an Illinois not-for-profit corporation and condominium association governed by the Illinois Condominium Property Act (765 ILCS 605/1 et seq.).

2.  That the Debtor, ROBERT TERRELL JOHNSON (hereinafter referred to as "Debtor") is the owner of residential real estate that is part of LAKE IN THE WOODS.  Specifically, Debtor is the owner of the property located at 8020 Woodglen Lane, Unit 110, Downers Grove, DuPage County, Illinois.

3.  That pursuant to 9(g)(1) of the Illinois Condominium Property Act (765 ILCS 605/1 et seq.) and LAKE IN THE WOODS governing documents, which have been recorded with the Recorder of Deeds of DuPage County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of LAKE IN THE WOODS.

1

4.  That as owner of a unit at LAKE IN THE WOODS, the Debtor is obligated to pay assessments to LAKE IN THE WOODS.

5.  That since the filing of Debtor's Chapter 13 petition on August 10, 2018, the Debtor has failed to remain current on his post-petition obligation to pay assessments to LAKE IN THE WOODS.

6.  Accordingly, beginning on September 2018 through the filing of this Motion, Debtor has failed to pay the amount of $905.25 in post-petition assessments to LAKE IN THE WOODS. Additionally, LAKE IN THE WOODS has incurred $600.00 in attorney's fees and $181.00 in court costs as a result of Debtor's failure to remain current on his post-petition obligation to the Association.  Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

7.  Collection of said attorney fees and court costs is authorized by 9.2(b) of the Illinois Condominium Property Act and the Declaration. (765 ILCS 605/9.2(b)) (West 2017).

8.  Therefore, the total amount due through the filing of this Motion for post-petition assessments, late fees, fines, attorney's fees, and court costs is $1,686.25.

9.  That pursuant to Section 362 of the Bankruptcy Code, LAKE IN THE WOODS moves this court for entry of an order modifying the automatic stay arising as a result of Debtor's Chapter 13 filing.

10. That LAKE IN THE WOODS is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtor for the assessments and other charges that became due and owing after Debtor's Chapter 13 filing.

11. That LAKE IN THE WOODS is entitled to relief from the automatic stay for the following reasons:

2

a. Debtor has made material defaults under the terms of the Declaration;

b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in LAKE IN THE WOODS being deprived of adequate protection of its interest in the real estate; and

c. The subject real estate is not necessary for a successful reorganization of the Debtor.

12. That LAKE IN THE WOODS requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, LAKE IN THE WOODS, prays this court enter an order modifying the stay permitting LAKE IN THE WOODS, to initiate collection proceedings of all post-petition association assessments due from the Debtor, ROBERT TERRELL JOHNSON , as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

LAKE IN THE WOODS UNIT NO. 8020
CONDOMINIUM, INC.

By: _____

One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

3