**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 18-22632 |
| Robert Johnson | ) | | |
| Debtor(s), | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Janet S. Baer |

**NOTICE OF MOTION**

**To:**   Robert Johnson, 8020 Woodglen Lane 110, Downers Grove, IL, 60516

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL  60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **3rd of May, 2019 at 09:30 a.m.**, I shall appear before the Honorable Judge Janet S. Baer in Kane County Courthouse, 100 S. 3rd St., #240, Geneva, IL and then and there present the attached **MOTION TO DISMISS**, a copy of which is attached hereto.

**By:**   */s/Alex Wilson*
Alex Wilson

**CERTIFICATE OF SERVICE**

I, Alex Wilson, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on April 26, 2019.

**By:**   */s/Alex Wilson*
Alex Wilson

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Capital One
Bankruptcy Department
PO Box 85520
Richmond VA 23285

DuPage County Clerk
Bankruptcy Dept.
421 N County Farm Rd.
Wheaton IL 60187

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Capital One
Bankruptcy Department
PO Box 85617
Richmond VA 23285

DuPage County Clerk
Bankruptcy Dept.
421 N County Farm Rd.
Wheaton IL 60187

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Capital One Auto Finance
Bankruptcy Department
PO Box 260848
Plano TX 75026

Choice Recovery
1550 Old Henderson Rd ST
Columbus OH 43220

Choice Recovery
1550 Old Henderson Road ST
Columbus OH 43220

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Creditors Discount & Audit Co.
Bankruptcy Department
PO Box 1007
Bloomington IL 61702-1007

FED LOAN SERV
Attn: Bankruptcy Dept.
Po Box 60610
Harrisburg PA 17106

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Jareds Jewelers
Bankruptcy Department
375 Ghent Rd.
Akron OH 44333

Lake in the Woods Association
C/O Tressler LLP
2600 E. 107th Street STE 100
Bolingbrook IL 60440

DuPage County Clerk
18LM1819
421 N County Farm Rd.
Wheaton IL 60187

Tressler LLP
Bankruptcy Department550 E.
Boughton Road STE 250
Bolingbrook IL 60440

Mr. Cooper
Attn: Bankruptcy Dept.
8950 Cypress Waters Bvld
Coppell TX 75019

DuPage County Clerk
17-CH-258
421 N County Farm Rd.
Wheaton IL 60187

Shapiro Kreisman & Associates
Bankruptcy Department2121
Waukegan Road STE 301
Bannockburn IL 60015

Nationwide Credit & Collection
Bankruptcy Department
815 Commerce Dr., Ste. 100
Oak Brook IL 60523

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Service Finance Company
555 S. Federal Hwy STE 20
Boca Raton FL 33432

**IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No: 18-22632 |
|    Robert Johnson | ) | |
|        Debtor, | ) | Chapter: Chapter 13 |
| | ) | |
| | ) | Judge: Janet S. Baer |

**MOTION TO DISMISS**

NOW COMES the Debtor, Mr. Robert Johnson (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO DISMISS** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 08/10/2018.

3. This case was never converted under 11 U.S.C. § 706.

4. After the filing, the Debtor decided that he no longer wished to continue with this case.

WHEREFORE, the Debtor, Mr. Robert Johnson, prays this Court enter an order dismissing this case and for such further additional relief that this Court may deem just and proper.

                                                            */s/Alex Wilson*
                                                            Alex Wilson

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960