UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-22632 |
| Robert Johnson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE

This matter coming before the Court on the MOTION TO DISMISS, the Court having jurisdiction and being advised in the premises, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED that the case is dismissed.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 03, 2019

**Prepared by:**

Alex Wilson
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603